FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 1:38 pm, Sep 03, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR 2:19-cr-60 |
| | ) |
| v. | ) |
| | ) |
| ROBERT PINKNEY | ) |

### ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the indictment is GRANTED. The indictment is hereby dismissed, without prejudice.

So ORDERED, this ___3___ day of September, 2020.

_____
HON. LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Order of Dismissal
Robert Pinkney
CR 219:60
Prepared by AUSA Kirkland